Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
 tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH G. CAPACITE, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE AUTO FINANCE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC. ; TRANS UNION LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. <br><br> 5:25-cv-00749-SSS-SP <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

NOW COMES THE PLAINTIFF, by and through his attorney, and hereby notifies the Court that he has reached a settlement as to Plaintiff's claims against Defendant Trans Union LLC only. Plaintiff and Trans Union LLC anticipate they will be able to submit a Notice of Dismissal with Prejudice as to Defendant Trans Union LLC only within 60 days. Plaintiff's claims against Capital One Auto

Finance, Equifax Information Services LLC and Experian Information Solutions, Inc. have not been settled and shall remain pending before the Court.

Dated: April 15, 2025

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:   /s/ Todd M. Friedman
                        Todd M. Friedman
                        Law Offices of Todd M. Friedman, P.C.
                        Attorney for Plaintiff

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 15, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on April 15, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiffs