Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
 tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH G. CAPACITE,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE AUTO FINANCE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC. ; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>5:25-cv-00749-SSS-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

NOW COMES THE PLAINTIFF, by and through his attorney, and hereby notifies the Court that he has reached a settlement as to Plaintiff's claims against Defendant Experian Information Solutions, Inc. only. Plaintiff and Experian Information Solutions, Inc. anticipate they will be able to submit a Notice of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.

only within 60 days. Plaintiff's claims against Capital One Auto Finance have not been settled and shall remain pending before the Court.

Dated: September 30, 2025

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:  /s/ Todd M. Friedman
                        Todd M. Friedman
                        Law Offices of Todd M. Friedman, P.C.
                        Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 30, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on September 30, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
    Todd M. Friedman, Esq.
    Attorney for Plaintiff